ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| URS Energy & Construction (E&C) | ) ASBCA No. 62087 |
| Integrated Projects Business Unit | ) |
| | ) |
| Under Contract No. FA8903-04-D-8680 | ) |

APPEARANCES FOR THE APPELLANT:     Nicole J. Owren-Wiest, Esq.
                                   Charles Baek, Esq.
                                     Crowell & Moring LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Arthur M. Taylor, Esq.
                                     DCMA Chief Trial Attorney
                                   Amelia R. Lister-Sobotkin, Esq.
                                     Trial Attorney
                                     Defense Contract Management Agency
                                     Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 13, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62087, Appeal of URS Energy & Construction (E&C) Integrated Projects Business Unit, rendered in conformance with the Board's Charter.

Dated: October 13, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals